AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Guam

FILED
DISTRICT COURT OF GUAM
JAN 08 2020
JEANNE G. QUINATA
CLERK OF COURT

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| One (1) U.S. Priority Mail Package Bearing the Printed Address of Richard A. Gapasin Jr., PO Box 24442, Barrigada, Guam 96921 (See Attachment A) | ) |

Case No. MJ-19-00089

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____Guam____
*(identify the person or describe the property to be searched and give its location)*:

One (1) U.S. Priority Mail Package Bearing the Printed Address of Richard A. Gapasin Jr., PO Box 24442, Barrigada, Guam 96921. Property is further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substance held in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846. Items of personal property tending to identify the person(s) ownership and control of the package which is subject to this warrant. Proceeds from the sale of controlled substances.

**YOU ARE COMMANDED** to execute this warrant on or before ____December 30, 2019____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Joaquin V.E. Manibusan, Jr., U.S. Magistrate Judge____.
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for __30__ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __12/16/19__  __7:38 P.M.__

_____
*Judge's signature*

City and state: ____Hagatna, Guam____  JOAQUIN V.E. MANIBUSAN, JR., U.S. Magistrate Judge
*Printed name and title*

ORIGINAL

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>19-00089 | Date and time warrant executed:<br>12/16/19 1448 | Copy of warrant and inventory left with:<br>US POSTAL SERVICE |
| Inventory made in the presence of :<br>TFO GUAM CUSTOMS EUGENE IGROS | | |

Inventory of the property taken and name of any person(s) seized:

APPROXIMATELY 1355 GG OF WHITE CRYSTAL SUBSTANCE FIELD TESTED POSITIVE FOR METHAMPHETAMINE.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/8/2020

*Executing officer's signature*
CONNIE R. DORREL US POSTAL INSPECTOR
*Printed name and title*

Returned before me on January 8, 2020 at 2:06 p.m.

ATTACHMENT A

One (1) U.S. Priority Mail package is further described as a package bearing tracking number 9505 5161 9241 9345 2534 74 with $19.95 in US Postage, and addressed as follow:

FROM:  
DANNY BARCINES  
3111 BAYER ST  
MARINA CA 93933

TO:  
RICHARD A. GAPASIN JR.  
PO BOX 24442  
BARRIGADA GUAM 96921

The GAPASIN package weighs approximately 7 pound and 7 ounces, and measures approximately 12" X 12" X 5.5"

